**B9A (Official Form 9A)** (Chapter 7 Individual or Joint Debtor No Asset Case) (12/12)      Case Number **13–12176–RGM**

# UNITED STATES BANKRUPTCY COURT
Eastern District of Virginia

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on May 9, 2013.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. Electronically filed documents may be viewed on Court's web site, www.vaeb.uscourts.gov. Computer access available in Clerk's Office at address shown below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors –– Do not file this notice in connection with any proof of claim you submit to the court.**
**See Reverse Side For Important Explanations.**

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Michael V. De Borja<br>6765 Hampton Bay Lane<br>Gainesville, VA 20155 | Louise Ann C. De Borja<br>6765 Hampton Bay Lane<br>Gainesville, VA 20155 |
| Case Number: 13–12176–RGM<br>Office Code: 1 | Last four digits of Social–Security or Individual Taxpayer–ID(ITIN) No(s)./Complete EIN:<br>xxx–xx–7744<br>xxx–xx–3617 |
| Attorney for Debtor(s) (name and address):<br>Robert R. Weed<br>Law Offices Of Robert Weed<br>7900 Sudley Road, Suite 409<br>Manassas, VA 20109<br>Telephone number: (703) 335–7793 | Bankruptcy Trustee (name and address):<br>Klinette H. Kindred<br>Tyler, Bartl, Ramsdell and Counts<br>300 N. Washington Street, Suite 202<br>Alexandria, VA 22314<br>Telephone number: (703) 549–5000 |

### Meeting of Creditors:
Date: **June 12, 2013**      Time: **12:00 PM**
Location: **115 South Union Street, Suite 206, Alexandria, VA 22314**

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*
The presumption of abuse does not arise.

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts:**
**August 12, 2013**

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors or within thirty (30) days after any amendment to the list or supplemental schedules is filed, whichever is later.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

| **Address of the Bankruptcy Clerk's Office:**<br>200 South Washington Street<br>Alexandria, VA 22314 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>William C. Redden |
|---|---|
| **McVCIS 24–hour case information:**<br>Toll Free 1–866–222–8029 | Date: May 10, 2013 |

# EXPLANATIONS
B9A (Official Form 9A) (12/12)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. *Do not include this notice with any filing you make with the court.* |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint –– or a motion if you assert the discharge should be denied under §727(a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any document that you file in this bankruptcy case should be filed either electronically, or with the Clerk's Office in Alexandria. You may view electronically filed documents, including list of debtor's property and debts and list of property claimed exempt, on Clerk's web site, www.vaeb.uscourts.gov, or at Clerk's office in Alexandria. See address on front side of this notice. |

– – Refer to Other Side for Important Deadlines and Notices – –

**LOCAL RULE DISMISSAL WARNING:** Case may be dismissed for failure to timely file lists, schedules and statements, or to attend meeting of creditors. (Local Bankruptcy Rules 1007−1, 1007−3, and 2003−1.) Trustee may at the meeting give notice of intention to abandon property burdensome or of inconsequential value or intent to sell nonexempt property that has an aggregate gross value less than $2,500. Objections thereto must be filed pursuant to Local Bankruptcy Rules 6004−2 and 6007−1.

**PHOTOCOPIES** May be obtained by contacting Creative Assistant at (757) 624−9990 or by fax at (757) 624−9998.

*Electronic bankruptcy notices are delivered faster than the U.S. Mail if you have a PC with Internet connection or a Fax machine. For more information, go to http://vaeb.uscourts.gov/ebn/index.htm or call, toll free: 877−837−3424. Case/docket information available on Internet @ www.vaeb.uscourts.gov*

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                Case No. 13-12176-RGM
Michael V. De Borja                                                   Chapter 7
Louise Ann C. De Borja
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0422-9          User: douglasse          Page 1 of 2          Date Rcvd: May 11, 2013
                              Form ID: B9A             Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 12, 2013.
```
db/jdb     +Michael V. De Borja,    Louise Ann C. De Borja,    6765 Hampton Bay Lane,
             Gainesville, VA 20155-6247
11787008   +Bank of America,    P.O. Box 982238,   El Paso, TX 79998-2238
11787010   #+Bank of America,    P.O. Box 53150,   Phoenix, AZ 85072-3150
11787011   +Bank of America - SURRENDER,    4161 Piedmont Pkwy,    Greensboro, NC 27410-8119
11787012   +Barclays Bank Delaware,    700 Prides Xing,   Newark, DE 19713-6102
11787013   +Bill Me Later,    PO Box 105658,   Atlanta, GA 30348-5658
11787015   +Capital One/BSTBY,    PO Box 30253,   Salt Lake City, UT 84130-0253
11787018   +Commonwealth Trustees, LLC,    8601 Westwood Center Drive, Suite 255,    Vienna, VA 22182-2287
11787019   +Equifax,    P O Box 105285,   Atlanta, GA 30348-5285
11787020   +Experian,    NCAC,   Box 9701,   Allen, TX 75013-9701
11787021   +GE Capital/Paypal Mastercard,    PO BOX 965005,   Orlando, FL 32896-5005
11787024   +INOVA Medicredit,    2990 Telestar Court, 3rd Floor,    Falls Church, VA 22042-1211
11787023   +Infectious Diseases Physicians Inc.,    3289 Woodburn Rd #200,    Annandale, VA 22003-7347
11787025   +Irma De Borja,    951 St. Agnes Lane,   Baltimore, MD 21207-4855
11787026   +Louise De Borja/ 401k,    6765 Hampton Bay Lane,   Gainesville, VA 20155-6247
11787027   +Nationstar Mortgage - SURRENDER,    350 Highland Drive,    Lewisville, TX 75067-4177
11787028   +Navy Federal Credit Union 2 of 2,    P.O. Box 3700,   Merrifield, VA 22119-3700
11787030   +TransUnion,    P O Box 2000,   Chester, PA 19016-2000
11787031   +WFFNATBANK,    800 Walnut Street,   Des Moines, IA 50309-3504
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty         E-mail/Text: robertweedlaw@yahoo.com May 11 2013 20:55:31     Robert R. Weed,
             Law Offices Of Robert Weed,   7900 Sudley Road, Suite 409,    Manassas, VA  20109
tr         +EDI: QKHKINDRED.COM May 11 2013 17:00:00     Klinette H. Kindred,
             Tyler, Bartl, Ramsdell and Counts,   300 N. Washington Street, Suite 202,
             Alexandria, VA 22314-2530
11787014   +EDI: CAPITALONE.COM May 11 2013 17:00:00     Capital One,   PO Box 30281,
             Salt Lake City, UT 84130-0281
11787016   +EDI: CHASE.COM May 11 2013 17:00:00     Chase Bank USA,   PO Box 15298,
             Wilmington, DE 19850-5298
11787017   +EDI: CITICORP.COM May 11 2013 17:00:00     Citi,   P.O. Box 6241,   Sioux Falls, SD 57117-6241
11787029   +EDI: CITICORP.COM May 11 2013 17:00:00     The Children's Place/Citibank,    P.O. Box 6497,
             Sioux Falls, SD 57117-6497
                                                                                              TOTAL: 6
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11787022      HOA
11787009*    +Bank of America,    P.O. Box 982238,   El Paso, TX 79998-2238
                                                                                  TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 12, 2013**          **Signature:** _Joseph Speetjens_

```
District/off: 0422-9          User: douglasse            Page 2 of 2               Date Rcvd: May 11, 2013
                              Form ID: B9A               Total Noticed: 25
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 10, 2013 at the address(es) listed below:

        Klinette H. Kindred    kkindred@tbrclaw.com,   asemerjian@tbrclaw.com;kkindred@ecf.epiqsystems.com
        Robert R. Weed    on behalf of Joint Debtor Louise Ann C. De Borja robertweedlaw@yahoo.com,
   robertweedcourtstuff@yahoo.com;robertweedstayrelief@yahoo.com;marksarchive@gmail.com;atty_robertweedcases@trustesolutions.com;Rvnotices@gmail.com;robertweedcases@gmail.com
        Robert R. Weed    on behalf of Debtor Michael V. De Borja robertweedlaw@yahoo.com,
   robertweedcourtstuff@yahoo.com;robertweedstayrelief@yahoo.com;marksarchive@gmail.com;atty_robertweedcases@trustesolutions.com;Rvnotices@gmail.com;robertweedcases@gmail.com

        TOTAL: 3